[This opinion has been published in *Ohio Official Reports* at 90 Ohio St.3d 70.]

THE STATE EX REL. HAYMOND, APPELLANT, *v*. CINCINNATI PUBLIC SCHOOLS; CONRAD, ADMR., ET AL., APPELLEES.

[Cite as *State ex rel. Haymond v. Cincinnati Pub. Schools*, 2000-Ohio-19.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 00-43—Submitted July 25, 2000—Decided September 20, 2000.)

APPEAL from the Court of Appeals for Franklin County, No. 98AP-1446.

————————————

*Butkovich, Schimpf, Schimpf & Ginocchio Co., L.P.A., James A. Whittaker* and *Stephen P. Gast*, for appellant.

*Betty D. Montgomery*, Attorney General, and *William D. Haders*, Assistant Attorney General, for appellees Administrator, Bureau of Workers' Compensation, and Industrial Commission of Ohio.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————